IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **OLIVER MCCOMB, JR.,** | CASE NO. 2:07-cv-1224 |
| | CRIM. NO. 2:04-cr-114 |
| **Petitioner,** | **JUDGE GRAHAM** |
| | **MAGISTRATE JUDGE ABEL** |
| v. | |
| **UNITED STATES OF AMERICA,** | |
| **Respondent.** | |

## OPINION AND ORDER

On February 19, 2009, the Magistrate Judge issued a *Report and Recommendation* recommending that the instant motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. §2255 be dismissed. Petitioner has filed objections to the Magistrate Judge's *Report and Recommendation*. Petitioner objects to all of the Magistrate Judge's conclusions. He again raises all of the same arguments he previously presented.

Pursuant to 28 U.S.C. §636(b), this Court has conducted a *de novo* review of the Magistrate Judge's Report and Recommendation. For the reasons detailed therein, petitioner's objections are **OVERRULED**. The *Report and Recommendation* is **ADOPTED** and **AFFIRMED**. This action is hereby **DISMISSED**.

IT IS SO ORDERED.

                                                 s/James L. Graham
                                                 JAMES L. GRAHAM
                                                 United States District Judge

DATE: May 27, 2009